**MICHAEL N.  FEUER,** City Attorney - SBN 111529
**THOMAS H. PETERS,** Chief Assistant City Attorney – SBN 163388
**CORY M. BRENTE,** Assistant City Attorney – SBN 115453
**COLLEEN R. SMITH,** Deputy City Attorney – SBN 209719
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7027
Fax No.:     (213) 978-8785
Email: colleen.smith@lacity.org

*Attorneys for Defendant,* **CITY OF LOS ANGELES**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MORGAN, individually and as successor in interest to Carnell Snell, Jr., deceased,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CITY OF LOS ANGELES; LEOVARDO GUILLEN; and DOES 1-10, inclusive,<br><br>                    Defendants. | **CASE NO.  CV17-06693 BRO (JEMx)**<br>*Hon. Beverly R. O'Connell, Ctrm. 8B, 8th Fl.*<br>*Hon. Mag. John E. McDermott, Ctrm. 640, 6th Fl.*<br><br>**DEFENDANT CITY OF LOS ANGELES' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

**TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

COMES NOW DEFENDANT CITY OF LOS ANGELES (hereinafter "Defendant"), answering Plaintiff's Complaint for Damages for itself and for no other parties in the above-entitled action hereby admits, denies, and alleges as follows:

/ / /

/ / /

/ / /

1

"**JURISDICTION AND VENUE**"

1.      Answering this paragraph, Defendant admits that this Court has jurisdiction over this matter.

2.      Answering this paragraph, Defendant admits that this Court is the proper venue for this matter.

"**INTRODUCTION**"

3.      Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

"**PARTIES**"

4.      Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

5.      Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

6.      Answering this paragraph, Defendant admits that the City of Los Angeles is a municipal corporation in the State of California and that it employs a Leovardo Guillen. As to the remaining allegations, Defendant lacks sufficient information and belief upon which to answer those allegations, and on that basis denies the allegations.

7.      Answering this paragraph, Defendant admits that it employed an Officer Leovardo Guillen at the time of the incident alleged herein.   As to the remaining allegations, Defendant lacks sufficient information and belief upon which to answer those allegations, and on that basis denies the allegations.

8.      Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies

the allegations.

9.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

10.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

11.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

12.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

13.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

14.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

15.    As this paragraph does not contain any factual allegations, it goes unanswered.

16.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

17.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

18.    Answering this paragraph, Defendant admits that Plaintiff submitted a claim

pursuant to the California Tort Claim Act.  As to the remaining allegations, Defendant lacks sufficient information and belief upon which to answer those allegations, and on that basis denies the allegations.

"**FACTS COMMON TO ALL CLAIMS FOR RELIEF**"

19.     Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 18 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

20.     Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

21.     Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

22.     Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

23.     Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

24.     Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

25.     Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

4

## "**FIRST CLAIM FOR RELIEF**

**Unreasonable Search and Seizure-Detention and Arrest (42 U.S.C. § 1983)**

(Against Defendants GUILLEN and DOE OFFICERS)"

26.    Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 25 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

27.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

28.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

29.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

30.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

31.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

32.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

/ / /

"**SECOND CLAIM FOR RELIEF**

**Unreasonable Search and Seizure-Excessive Force (42 U.S.C. § 1983)**

(Against Defendants GUILLEN and DOE OFFICERS)"

33. Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 32 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

34. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

35. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

36. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

37. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

38. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

39. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

40. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

41. Answering this paragraph, Defendant lacks sufficient information and belief

1  upon which to answer the factual allegations contained therein, and on that basis denies
2  the allegations.

### "THIRD CLAIM FOR RELIEF

**Unreasonable Search and Seizure-Denial of Medical Care (42 U.S.C. § 1983)**

(Against Defendants GUILLEN and DOE OFFICERS)"

42.    Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 41 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

43.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

44.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

45.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

46.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

47.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

48.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

"**FOURTH CLAIM FOR RELIEF**

**Due Process-Interference with Familial Relationship (42 U.S.C. § 1983)**

(Against Defendants GUILLEN and DOE OFFICERS)"

49.   Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 48 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

50.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

51.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

52.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

53.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

54.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

55.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

56.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

/ / /

### "**FIFTH CLAIM FOR RELIEF**

**Municipal Liability – Ratification (42 U.S.C. § 1983)**

(Against Defendants CITY and DOES 6-10)"

57.  Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 56 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

58.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

59.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

60.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

61.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

62.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

63.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

64.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

"**SIXTH CLAIM FOR RELIEF**

**Municipal Liability – Failure to Train (42 U.S.C. § 1983)**

(Against Defendants CITY and DOES 6-10)"

65.   Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 64 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

66.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

67.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

68.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

69.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

70.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

71.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

72.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

73.   Answering this paragraph, Defendant lacks sufficient information and belief

1   upon which to answer the factual allegations contained therein, and on that basis denies
2   the allegations.

3        74.    Answering this paragraph, Defendant lacks sufficient information and belief
4   upon which to answer the factual allegations contained therein, and on that basis denies
5   the allegations.

6

7                              "**SEVENTH CLAIM FOR RELIEF**

8   **Municipal Liability-Unconstitutional Custom or Policy (42 U.S.C. § 1983)**

9                        (Against Defendants CITY and DOES 6-10)"

10       75.    Answering this paragraph, which incorporates by reference the allegations of
11  paragraphs 1 through 74 of the pleading, Defendant to the same extent incorporates by
12  reference the answers provided herein to those paragraphs.

13       76.    Answering this paragraph, Defendant lacks sufficient information and belief
14  upon which to answer the factual allegations contained therein, and on that basis denies
15  the allegations.

16       77.    Answering this paragraph, Defendant lacks sufficient information and belief
17  upon which to answer the factual allegations contained therein, and on that basis denies
18  the allegations.

19       78.    Answering this paragraph, Defendant lacks sufficient information and belief
20  upon which to answer the factual allegations contained therein, and on that basis denies
21  the allegations.

22       79.    Answering this paragraph and each of its subparts, Defendant lacks sufficient
23  information and belief upon which to answer the factual allegations contained therein,
24  and on that basis denies the allegations.

25              (a) Answering this paragraph, Defendant lacks sufficient information
26  and belief upon which to answer the factual allegations contained therein, and on that
27  basis denies the allegations.

28              (b) Answering this paragraph, Defendant lacks sufficient information

11

and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(c) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(d) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(e) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(f) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(g) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(h) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(i) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(j) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

80.    Answering this paragraph and each of its subparts, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein,

1   and on that basis denies the allegations.

2           (a) Answering this paragraph, Defendant lacks sufficient information
3   and belief upon which to answer the factual allegations contained therein, and on that
4   basis denies the allegations.

5           (b) Answering this paragraph, Defendant lacks sufficient information
6   and belief upon which to answer the factual allegations contained therein, and on that
7   basis denies the allegations.

8           (c) Answering this paragraph, Defendant lacks sufficient information
9   and belief upon which to answer the factual allegations contained therein, and on that
10  basis denies the allegations.

11          (d) Answering this paragraph, Defendant lacks sufficient information
12  and belief upon which to answer the factual allegations contained therein, and on that
13  basis denies the allegations.

14          (e) Answering this paragraph, Defendant lacks sufficient information
15  and belief upon which to answer the factual allegations contained therein, and on that
16  basis denies the allegations.

17      81.   Answering this paragraph, Defendant lacks sufficient information and belief
18  upon which to answer the factual allegations contained therein, and on that basis denies
19  the allegations.

20      82.   Answering this paragraph, Defendant lacks sufficient information and belief
21  upon which to answer the factual allegations contained therein, and on that basis denies
22  the allegations.

23      83.   Answering this paragraph, Defendant lacks sufficient information and belief
24  upon which to answer the factual allegations contained therein, and on that basis denies
25  the allegations.

26      84.   Answering this paragraph, Defendant lacks sufficient information and belief
27  upon which to answer the factual allegations contained therein, and on that basis denies
28  the allegations.

85.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

86.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

## "EIGHT CLAIM FOR RELIEF

### False Arrest/False Imprisonment

(Against Defendants CITY, GUILLEN, and DOE OFFICERS)"

87.   Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 86 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

88.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

89.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

90.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

91.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

92.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

93.   Answering this paragraph, Defendant lacks sufficient information and belief

upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

### "**SEVENTH CLAIM FOR RELIEF** (sic)

### Battery

(Wrongful Death)"

94.  Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 93 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

95.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

96.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

97.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

98. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

99.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

100.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

101.  Answering this paragraph, Defendant lacks sufficient information and belief

1 | upon which to answer the factual allegations contained therein, and on that basis denies
2 | the allegations.

"**EIGTH CLAIM FOR RELIEF** (sic)

**Negligence**

(Wrongful Death)

(Against all Defendants)"

102.  Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 101 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

103.  Answering this paragraph and each of its subparts, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(a) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(b) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(c) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(d) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(e) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(f)   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(g) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(h)   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

104.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

105.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

106.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

## "**NINTH CLAIM FOR RELIEF**

### **(Violation of Cal. Civil Code § 52.1)**

(Against all Defendants)"

107.  Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 106 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

108.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

109.  Answering this paragraph, Defendant lacks sufficient information and belief

upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

110.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

111.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

112.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

113.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

114.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

115.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

116.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

117.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

118.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies

1   the allegations.

2

3                          **AFFIRMATIVE DEFENSES**

4        As separate and distinct affirmative defenses, Defendant alleges each of the

5   following:

6              **FIRST AFFIRMATIVE DEFENSE TO THE COMPLAINT**

7              **AND EACH PURPORTED CAUSE OF ACTION THEREIN**

8                      **(Failure To State A Cause of Action)**

9        1.    Defendant alleges that the operative complaint on file in this action, nor any of

10  the alleged causes of action therein, state facts sufficient to constitute a cause of action on

11  which relief can be granted against Defendant.

12

13            **SECOND AFFIRMATIVE DEFENSE TO THE COMPLAINT**

14            **AND EACH PURPORTED CAUSE OF ACTION THEREIN**

15                      **(Qualified Immunity - Federal)**

16       2.    Defendant is protected from liability under the doctrine of qualified immunity

17  because the alleged conduct of Defendant's employees did not violate clearly established

18  statutory or constitutional rights of which a reasonable person would have known.

19

20             **THIRD AFFIRMATIVE DEFENSE TO THE COMPLAINT**

21            **AND EACH PURPORTED CAUSE OF ACTION THEREIN**

22                      **(Qualified Immunities - State)**

23       3.    Defendant is immune from liability pursuant to the provisions of each of the

24  following California statutes, each of which is set forth as a separate and distinct

25  affirmative defense: California Government Code §§ 815.2, 815.6, 818, 818.8, 820.2,

26  820.4, 820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6, and 856.4.

27  / / /

28  / / /

**FOURTH AFFIRMATIVE DEFENSE TO THE COMPLAINT**

**AND EACH PURPORTED CAUSE OF ACTION THEREIN**

**(Statute of Limitations)**

4.  Some or all of Plaintiff's claims may be barred by the Statute of Limitations.

**FIFTH AFFIRMATIVE DEFENSE TO THE COMPLAINT**

**AND EACH PURPORTED CAUSE OF ACTION THEREIN**

**(Failure to Comply With California Tort Claims Act,**

**Government Code § 910 et seq)**

5.  Some or all of the state claims are barred for Plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code §§ 910 et seq.

**SIXTH AFFIRMATIVE DEFENSE TO THE COMPLAINT**

**AND EACH PURPORTED CAUSE OF ACTION THEREIN**

**(Contributory Negligence By the Decedent, Alex Jimenez)**

6.  Defendant alleges that the decedent, Carnell Snell, Jr., was negligent in that he failed to use ordinary care, caution and prudence in and about the matters alleged in the operative complaint and in each cause of action therein.  The answering Defendant further alleges that the damages alleged were directly and proximately caused and contributed to by the negligence of the decedent and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

**SEVENTH AFFIRMATIVE DEFENSE TO THE COMPLAINT**

**AND EACH PURPORTED CAUSE OF ACTION THEREIN**

**(Contributory Negligence By Other Persons)**

7.  Defendant alleges that the damages complained of by Plaintiff, if any, were either wholly or in part directly and proximately caused by the negligence or other culpable conduct of other persons or entities other than the answering Defendant.  The

damages alleged, if any, were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## EIGHTH AFFIRMATIVE DEFENSE TO THE COMPLAINT
## AND EACH PURPORTED CAUSE OF ACTION THEREIN
### (Self-Defense)

8.    The force used against Plaintiff, if any, was caused and necessitated by the actions of the decedent, Carnell Snell, Jr., and was reasonable and necessary for self-defense.

## NINTH AFFIRMATIVE DEFENSE TO THE COMPLAINT
## AND EACH PURPORTED CAUSE OF ACTION THEREIN
### (Defense of Others)

9.    The force used against the decedent, Carnell Snell, Jr., if any, was caused and necessitated by the actions of the decedent, Carnell Snell, Jr., and was reasonable and necessary for the defense of others.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff takes nothing by this action;

2. That the action be dismissed;

3. That Defendant be awarded costs of suit;

4. That Defendant be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

/ / /

/ / /

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DEMAND FOR JURY TRIAL

Defendant hereby demands and requests a trial by jury in this matter.

Dated: October 10, 2017          **MICHAEL N. FEUER**, City Attorney
                                 **THOMAS H. PETERS,** Chief Assistant City Attorney
                                 **CORY M. BRENTE**, Assistant City Attorney


                                 By: _____*/S/ Colleen R. Smith*_____.
                                     **COLLEEN R. SMITH**, Deputy City Attorney
                                 Attorneys for Defendant, **CITY OF LOS ANGELES**