**MICHAEL N.  FEUER,** City Attorney - SBN 111529
**THOMAS H. PETERS,** Chief Assistant City Attorney – SBN 163388
**CORY M. BRENTE,** Assistant City Attorney – SBN 115453
**COLLEEN R. SMITH,** Deputy City Attorney – SBN 209719
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7027
Fax No.:    (213) 978-8785
Email: colleen.smith@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES and LEOVARDO GUILLEN**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MORGAN, individually and as successor in interest to Carnell Snell, Jr., deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; LEOVARDO GUILLEN; and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO.  CV17-06693 BRO (JEMx)**<br>*Hon. Beverly R. O'Connell, Ctrm. 8B, 8th Fl.*<br>*Hon. Mag. John E. McDermott, Ctrm. 640, 6th Fl.*<br><br>**DEFENDANT LEOVARDO GUILLEN'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

**TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

COMES NOW DEFENDANT LEOVARDO GUILLEN (hereinafter "Defendant"), answering Plaintiff's Complaint for Damages for himself and for no other parties in the above-entitled action hereby admits, denies, and alleges as follows:

/ / /

/ / /

/ / /

1

"**JURISDICTION AND VENUE**"

1.      Answering this paragraph, Defendant admits that this Court has jurisdiction over this matter.

2.      Answering this paragraph, Defendant admits that this Court is the proper venue for this matter.

"**INTRODUCTION**"

3.      Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

"**PARTIES**"

4.      Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

5.      Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

6.      Answering this paragraph, Defendant admits that the City of Los Angeles is a municipal corporation in the State of California and that it employs a Leovardo Guillen. As to the remaining allegations, Defendant lacks sufficient information and belief upon which to answer those allegations, and on that basis denies the allegations.

7.      Answering this paragraph, Defendant admits that it employed an Officer Leovardo Guillen at the time of the incident alleged herein.   As to the remaining allegations, Defendant lacks sufficient information and belief upon which to answer those allegations, and on that basis denies the allegations.

8.      Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies

1   the allegations.

2        9.    Answering this paragraph, Defendant lacks sufficient information and belief

3   upon which to answer the factual allegations contained therein, and on that basis denies

4   the allegations.

5        10.    Answering this paragraph, Defendant lacks sufficient information and belief

6   upon which to answer the factual allegations contained therein, and on that basis denies

7   the allegations.

8        11.    Answering this paragraph, Defendant lacks sufficient information and belief

9   upon which to answer the factual allegations contained therein, and on that basis denies

10   the allegations.

11        12.    Answering this paragraph, Defendant lacks sufficient information and belief

12   upon which to answer the factual allegations contained therein, and on that basis denies

13   the allegations.

14        13.    Answering this paragraph, Defendant lacks sufficient information and belief

15   upon which to answer the factual allegations contained therein, and on that basis denies

16   the allegations.

17        14.    Answering this paragraph, Defendant lacks sufficient information and belief

18   upon which to answer the factual allegations contained therein, and on that basis denies

19   the allegations.

20        15.    As this paragraph does not contain any factual allegations, it goes

21   unanswered.

22        16.    Answering this paragraph, Defendant lacks sufficient information and belief

23   upon which to answer the factual allegations contained therein, and on that basis denies

24   the allegations.

25        17.    Answering this paragraph, Defendant lacks sufficient information and belief

26   upon which to answer the factual allegations contained therein, and on that basis denies

27   the allegations.

28        18.    Answering this paragraph, Defendant admits that Plaintiff submitted a claim

1   pursuant to the California Tort Claim Act.  As to the remaining allegations, Defendant
2   lacks sufficient information and belief upon which to answer those allegations, and on
3   that basis denies the allegations.

4

5                  "**FACTS COMMON TO ALL CLAIMS FOR RELIEF**"

6        19.   Answering this paragraph, which incorporates by reference the allegations of
7   paragraphs 1 through 18 of the pleading, Defendant to the same extent incorporates by
8   reference the answers provided herein to those paragraphs.

9        20.   Answering this paragraph, Defendant lacks sufficient information and belief
10  upon which to answer the factual allegations contained therein, and on that basis denies
11  the allegations.

12       21.   Answering this paragraph, Defendant lacks sufficient information and belief
13  upon which to answer the factual allegations contained therein, and on that basis denies
14  the allegations.

15       22.   Answering this paragraph, Defendant lacks sufficient information and belief
16  upon which to answer the factual allegations contained therein, and on that basis denies
17  the allegations.

18       23.   Answering this paragraph, Defendant lacks sufficient information and belief
19  upon which to answer the factual allegations contained therein, and on that basis denies
20  the allegations.

21       24.   Answering this paragraph, Defendant lacks sufficient information and belief
22  upon which to answer the factual allegations contained therein, and on that basis denies
23  the allegations.

24       25.   Answering this paragraph, Defendant lacks sufficient information and belief
25  upon which to answer the factual allegations contained therein, and on that basis denies
26  the allegations.

27  / / /

28  / / /

4

1

"**FIRST CLAIM FOR RELIEF**

2

**Unreasonable Search and Seizure-Detention and Arrest (42 U.S.C. § 1983)**

3

(Against Defendants GUILLEN and DOE OFFICERS)"

4      26.   Answering this paragraph, which incorporates by reference the allegations of

5   paragraphs 1 through 25 of the pleading, Defendant to the same extent incorporates by

6   reference the answers provided herein to those paragraphs.

7      27.   Answering this paragraph, Defendant lacks sufficient information and belief

8   upon which to answer the factual allegations contained therein, and on that basis denies

9   the allegations.

10      28.   Answering this paragraph, Defendant lacks sufficient information and belief

11   upon which to answer the factual allegations contained therein, and on that basis denies

12   the allegations.

13      29.   Answering this paragraph, Defendant lacks sufficient information and belief

14   upon which to answer the factual allegations contained therein, and on that basis denies

15   the allegations.

16      30.   Answering this paragraph, Defendant lacks sufficient information and belief

17   upon which to answer the factual allegations contained therein, and on that basis denies

18   the allegations.

19      31.   Answering this paragraph, Defendant lacks sufficient information and belief

20   upon which to answer the factual allegations contained therein, and on that basis denies

21   the allegations.

22      32.   Answering this paragraph, Defendant lacks sufficient information and belief

23   upon which to answer the factual allegations contained therein, and on that basis denies

24   the allegations.

25   / / /

26   / / /

27   / / /

28

"**SECOND CLAIM FOR RELIEF**

**Unreasonable Search and Seizure-Excessive Force (42 U.S.C. § 1983)**

(Against Defendants GUILLEN and DOE OFFICERS)"

33.   Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 32 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

34.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

35.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

36.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

37.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

38.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

39.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

40.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

41.   Answering this paragraph, Defendant lacks sufficient information and belief

1   upon which to answer the factual allegations contained therein, and on that basis denies

2   the allegations.

3

4                    "**THIRD CLAIM FOR RELIEF**

5     **Unreasonable Search and Seizure-Denial of Medical Care (42 U.S.C. § 1983)**

6              (Against Defendants GUILLEN and DOE OFFICERS)"

7       42.   Answering this paragraph, which incorporates by reference the allegations of

8   paragraphs 1 through 41 of the pleading, Defendant to the same extent incorporates by

9   reference the answers provided herein to those paragraphs.

10      43.   Answering this paragraph, Defendant lacks sufficient information and belief

11   upon which to answer the factual allegations contained therein, and on that basis denies

12   the allegations.

13      44.   Answering this paragraph, Defendant lacks sufficient information and belief

14   upon which to answer the factual allegations contained therein, and on that basis denies

15   the allegations.

16      45.   Answering this paragraph, Defendant lacks sufficient information and belief

17   upon which to answer the factual allegations contained therein, and on that basis denies

18   the allegations.

19      46.   Answering this paragraph, Defendant lacks sufficient information and belief

20   upon which to answer the factual allegations contained therein, and on that basis denies

21   the allegations.

22      47.   Answering this paragraph, Defendant lacks sufficient information and belief

23   upon which to answer the factual allegations contained therein, and on that basis denies

24   the allegations.

25      48.   Answering this paragraph, Defendant lacks sufficient information and belief

26   upon which to answer the factual allegations contained therein, and on that basis denies

27   the allegations.

28

"**FOURTH CLAIM FOR RELIEF**

**Due Process-Interference with Familial Relationship (42 U.S.C. § 1983)**

(Against Defendants GUILLEN and DOE OFFICERS)"

49.    Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 48 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

50.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

51.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

52.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

53.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

54.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

55.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

56.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

/ / /

"**<u>FIFTH CLAIM FOR RELIEF</u>**

**Municipal Liability – Ratification (42 U.S.C. § 1983)**

(Against Defendants CITY and DOES 6-10)"

57.   Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 56 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

58.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

59.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

60.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

61.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

62.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

63.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

64.   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

"**<u>SIXTH CLAIM FOR RELIEF</u>**

**Municipal Liability – Failure to Train (42 U.S.C. § 1983)**

(Against Defendants CITY and DOES 6-10)"

65.    Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 64 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

66.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

67.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

68.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

69.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

70.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

71.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

72.    Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

73.    Answering this paragraph, Defendant lacks sufficient information and belief

1  upon which to answer the factual allegations contained therein, and on that basis denies
2  the allegations.

3      74.   Answering this paragraph, Defendant lacks sufficient information and belief
4  upon which to answer the factual allegations contained therein, and on that basis denies
5  the allegations.

6

7            "**SEVENTH CLAIM FOR RELIEF**

8  **Municipal Liability-Unconstitutional Custom or Policy (42 U.S.C. § 1983)**

9          (Against Defendants CITY and DOES 6-10)"

10      75.   Answering this paragraph, which incorporates by reference the allegations of
11  paragraphs 1 through 74 of the pleading, Defendant to the same extent incorporates by
12  reference the answers provided herein to those paragraphs.

13      76.   Answering this paragraph, Defendant lacks sufficient information and belief
14  upon which to answer the factual allegations contained therein, and on that basis denies
15  the allegations.

16      77.   Answering this paragraph, Defendant lacks sufficient information and belief
17  upon which to answer the factual allegations contained therein, and on that basis denies
18  the allegations.

19      78.   Answering this paragraph, Defendant lacks sufficient information and belief
20  upon which to answer the factual allegations contained therein, and on that basis denies
21  the allegations.

22      79.   Answering this paragraph and each of its subparts, Defendant lacks sufficient
23  information and belief upon which to answer the factual allegations contained therein,
24  and on that basis denies the allegations.

25          (a) Answering this paragraph, Defendant lacks sufficient information
26  and belief upon which to answer the factual allegations contained therein, and on that
27  basis denies the allegations.

28          (b) Answering this paragraph, Defendant lacks sufficient information

and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(c) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(d) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(e) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(f) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(g) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(h) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(i) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(j) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

80.   Answering this paragraph and each of its subparts, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein,

1  and on that basis denies the allegations.

2           (a) Answering this paragraph, Defendant lacks sufficient information

3  and belief upon which to answer the factual allegations contained therein, and on that

4  basis denies the allegations.

5           (b) Answering this paragraph, Defendant lacks sufficient information

6  and belief upon which to answer the factual allegations contained therein, and on that

7  basis denies the allegations.

8           (c) Answering this paragraph, Defendant lacks sufficient information

9  and belief upon which to answer the factual allegations contained therein, and on that

10  basis denies the allegations.

11           (d) Answering this paragraph, Defendant lacks sufficient information

12  and belief upon which to answer the factual allegations contained therein, and on that

13  basis denies the allegations.

14           (e) Answering this paragraph, Defendant lacks sufficient information

15  and belief upon which to answer the factual allegations contained therein, and on that

16  basis denies the allegations.

17      81.   Answering this paragraph, Defendant lacks sufficient information and belief

18  upon which to answer the factual allegations contained therein, and on that basis denies

19  the allegations.

20      82.   Answering this paragraph, Defendant lacks sufficient information and belief

21  upon which to answer the factual allegations contained therein, and on that basis denies

22  the allegations.

23      83.   Answering this paragraph, Defendant lacks sufficient information and belief

24  upon which to answer the factual allegations contained therein, and on that basis denies

25  the allegations.

26      84.   Answering this paragraph, Defendant lacks sufficient information and belief

27  upon which to answer the factual allegations contained therein, and on that basis denies

28  the allegations.

85.     Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

86.     Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

"**EIGHT CLAIM FOR RELIEF**

**False Arrest/False Imprisonment**

(Against Defendants CITY, GUILLEN, and DOE OFFICERS)"

87.     Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 86 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

88.     Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

89.     Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

90.     Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

91.     Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

92.     Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

93.     Answering this paragraph, Defendant lacks sufficient information and belief

1 | upon which to answer the factual allegations contained therein, and on that basis denies
2 | the allegations.

3

4 | "**SEVENTH CLAIM FOR RELIEF** (sic)

5 | **Battery**

6 | (Wrongful Death)"

7 |     94.   Answering this paragraph, which incorporates by reference the allegations of
8 | paragraphs 1 through 93 of the pleading, Defendant to the same extent incorporates by
9 | reference the answers provided herein to those paragraphs.

10 |     95.   Answering this paragraph, Defendant lacks sufficient information and belief
11 | upon which to answer the factual allegations contained therein, and on that basis denies
12 | the allegations.

13 |     96.   Answering this paragraph, Defendant lacks sufficient information and belief
14 | upon which to answer the factual allegations contained therein, and on that basis denies
15 | the allegations.

16 |     97.   Answering this paragraph, Defendant lacks sufficient information and belief
17 | upon which to answer the factual allegations contained therein, and on that basis denies
18 | the allegations.

19 |     98. Answering this paragraph, Defendant lacks sufficient information and belief
20 | upon which to answer the factual allegations contained therein, and on that basis denies
21 | the allegations.

22 |     99.   Answering this paragraph, Defendant lacks sufficient information and belief
23 | upon which to answer the factual allegations contained therein, and on that basis denies
24 | the allegations.

25 |     100.  Answering this paragraph, Defendant lacks sufficient information and belief
26 | upon which to answer the factual allegations contained therein, and on that basis denies
27 | the allegations.

28 |     101.  Answering this paragraph, Defendant lacks sufficient information and belief

1  upon which to answer the factual allegations contained therein, and on that basis denies

2  the allegations.

3

4  "**EIGTH CLAIM FOR RELIEF** (sic)

5  **Negligence**

6  (Wrongful Death)

7  (Against all Defendants)"

8  102.  Answering this paragraph, which incorporates by reference the allegations of

9  paragraphs 1 through 101 of the pleading, Defendant to the same extent incorporates by

10  reference the answers provided herein to those paragraphs.

11  103.  Answering this paragraph and each of its subparts, Defendant lacks sufficient

12  information and belief upon which to answer the factual allegations contained therein,

13  and on that basis denies the allegations.

14  (a) Answering this paragraph, Defendant lacks sufficient information

15  and belief upon which to answer the factual allegations contained therein, and on that

16  basis denies the allegations.

17  (b) Answering this paragraph, Defendant lacks sufficient information

18  and belief upon which to answer the factual allegations contained therein, and on that

19  basis denies the allegations.

20  (c) Answering this paragraph, Defendant lacks sufficient information

21  and belief upon which to answer the factual allegations contained therein, and on that

22  basis denies the allegations.

23  (d) Answering this paragraph, Defendant lacks sufficient information

24  and belief upon which to answer the factual allegations contained therein, and on that

25  basis denies the allegations.

26  (e) Answering this paragraph, Defendant lacks sufficient information

27  and belief upon which to answer the factual allegations contained therein, and on that

28  basis denies the allegations.

(f)   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(g) Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

(h)   Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

104.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

105.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

106.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

"**<u>NINTH CLAIM FOR RELIEF</u>**

**(Violation of Cal. Civil Code § 52.1)**

(Against all Defendants)"

107.  Answering this paragraph, which incorporates by reference the allegations of paragraphs 1 through 106 of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

108.  Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

109.  Answering this paragraph, Defendant lacks sufficient information and belief

upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

110. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

111. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

112. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

113. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

114. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

115. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

116. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

117. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies the allegations.

118. Answering this paragraph, Defendant lacks sufficient information and belief upon which to answer the factual allegations contained therein, and on that basis denies

the allegations.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant alleges each of the following:

### FIRST AFFIRMATIVE DEFENSE TO THE COMPLAINT
### AND EACH PURPORTED CAUSE OF ACTION THEREIN
### (Failure To State A Cause of Action)

1.    Defendant alleges that the operative complaint on file in this action, nor any of the alleged causes of action therein, state facts sufficient to constitute a cause of action on which relief can be granted against Defendant.

### SECOND AFFIRMATIVE DEFENSE TO THE COMPLAINT
### AND EACH PURPORTED CAUSE OF ACTION THEREIN
### (Qualified Immunity - Federal)

2.    Defendant is protected from liability under the doctrine of qualified immunity because the alleged conduct of Defendant did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

### THIRD AFFIRMATIVE DEFENSE TO THE COMPLAINT
### AND EACH PURPORTED CAUSE OF ACTION THEREIN
### (Qualified Immunities - State)

3.    Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: California Government Code §§ 815.2, 815.6, 818, 818.8, 820.2, 820.4, 820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6, and 856.4.

/ / /

/ / /

**FOURTH AFFIRMATIVE DEFENSE TO THE COMPLAINT**

**AND EACH PURPORTED CAUSE OF ACTION THEREIN**

**(Statute of Limitations)**

4.   Some or all of Plaintiff's claims may be barred by the Statute of Limitations.

**FIFTH AFFIRMATIVE DEFENSE TO THE COMPLAINT**

**AND EACH PURPORTED CAUSE OF ACTION THEREIN**

**(Failure to Comply With California Tort Claims Act,**

**Government Code § 910 et seq)**

5.   Some or all of the state claims are barred for Plaintiff's failure to comply with the provisions of the California Tort Claims Act, Government Code §§ 910 et seq.

**SIXTH AFFIRMATIVE DEFENSE TO THE COMPLAINT**

**AND EACH PURPORTED CAUSE OF ACTION THEREIN**

**(Contributory Negligence By the Decedent, Alex Jimenez)**

6.   Defendant alleges that the decedent, Carnell Snell, Jr., was negligent in that he failed to use ordinary care, caution and prudence in and about the matters alleged in the operative complaint and in each cause of action therein.  The answering Defendant further alleges that the damages alleged were directly and proximately caused and contributed to by the negligence of the decedent and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

**SEVENTH AFFIRMATIVE DEFENSE TO THE COMPLAINT**

**AND EACH PURPORTED CAUSE OF ACTION THEREIN**

**(Contributory Negligence By Other Persons)**

7.   Defendant alleges that the damages complained of by Plaintiff, if any, were either wholly or in part directly and proximately caused by the negligence or other culpable conduct of other persons or entities other than the answering Defendant.  The

damages alleged, if any, were directly and proximately caused and contributed to by the negligence of other persons, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## EIGHTH AFFIRMATIVE DEFENSE TO THE COMPLAINT
## AND EACH PURPORTED CAUSE OF ACTION THEREIN
### (Self-Defense)

8.     The force used against Plaintiff, if any, was caused and necessitated by the actions of the decedent, Carnell Snell, Jr., and was reasonable and necessary for self-defense.

## NINTH AFFIRMATIVE DEFENSE TO THE COMPLAINT
## AND EACH PURPORTED CAUSE OF ACTION THEREIN
### (Defense of Others)

9.     The force used against the decedent, Carnell Snell, Jr., if any, was caused and necessitated by the actions of the decedent, Carnell Snell, Jr., and was reasonable and necessary for the defense of others.

WHEREFORE, Defendant prays for judgment as follows:

   1. That Plaintiff takes nothing by this action;

   2. That the action be dismissed;

   3. That Defendant be awarded costs of suit;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4. That Defendant be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

Dated: December 5, 2017        **MICHAEL N. FEUER**, City Attorney
                               **THOMAS H. PETERS,** Chief Assistant City Attorney
                               **CORY M. BRENTE**, Assistant City Attorney


                               By: _____*/S/ Colleen R. Smith*_____.
                                      **COLLEEN R. SMITH**, Deputy City Attorney
                               Attorneys for Defendants, **CITY OF LOS ANGELES
                               and LEOVARDO GUILLEN**

## **DEMAND FOR JURY TRIAL**

Defendant hereby demands and requests a trial by jury in this matter.

Dated: December 5, 2017

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS,** Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney

By: _____ */S/ Colleen R. Smith* _____ .
      **COLLEEN R. SMITH**, Deputy City Attorney
Attorneys for Defendants, **CITY OF LOS ANGELES
and LEOVARDO GUILLEN**