LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MORGAN,<br><br>             Plaintiff,<br><br>      vs.<br><br>CITY OF LOS ANGELES; LEOVARDO GUILLEN; and DOES 1-10, inclusive,<br><br>             Defendants, | Case No. 2:17-cv-06693-VAP (JEMx)<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO VACATE ALL DATES** |

COME NOW, Plaintiffs Monique Morgan and Defendants City of Los Angeles and Leovardo Guillen, and hereby inform this Honorable Court that the parties have reached a conditional settlement in the above-referenced case as to all claims and parties. The settlement is conditioned on approval by the Los Angeles City Council. The City anticipates that the approval process will take approximately twelve weeks. If this settlement is approved, the parties will file a formal stipulation of dismissal with prejudice after Plaintiff's counsel receives the settlement funds.

Accordingly, the parties, by and through their attorneys of record, respectfully request that the Court vacate all pending dates and stay all proceedings in anticipation of the approval of the conditional settlement.

Respectfully submitted,

Dated:  December 23, 2020          LAW OFFICES OF DALE K. GALIPO

                                   By:          /s/ Renee V. Masongsong
                                        Dale K. Galipo
                                        Renee V. Masongsong*
                                        Attorneys for Plaintiff Monique Morgan

Dated:  December 23, 2020          **MICHAEL N. FEUER**, City Attorney
                                   **KATHLEEN A. KENEALY**, Chief Asst. City Attorney
                                   **SCOTT MARCUS**, Chief, Civil Litigation Branch
                                   **CORY M. BRENTE**, Senior Assistant City Attorney

                                   By:          /s/ Colleen R. Smith
                                        **COLLEEN R. SMITH**, Deputy City Attorney
                                        Attorneys for Defendants, **CITY OF LOS ANGELES** and **LEOVARDO GUILLEN**

*Pursuant to Local Rule 5-4.3.4, as the filer of this document, I, Renee V. Masongsong, attest that Colleen R. Smith, concurs with the content of this Joint Stipulation and has authorized the filing of same.

          /s/ Renee V. Masongsong
            Renee V. Masongsong