UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE MORGAN, individually and as successor in interest to Carnell Snell, Jr., deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, LEOVARDO GUILLEN; and DOES 1 – 10, inclusive,<br><br>Defendants. | CASE NO.  CV17-06693 VAP (JEMx)<br>Hon. Virginia A. Phillips, Ctrm. 8A, 8th Fl.<br>Hon. Mag. John E. McDermott, Ctrm. 640, 6th Fl.<br><br>**ORDER RE JOINT STATUS REPORT RE CONDITIONAL SETTLEMENT AND REQUEST TO VACATE THE STATUS CONFERENCE HEARING DATE** |

Based on the stipulation of the parties, the Scheduling Conference currently set for March 1, 2021 at 11:00 a.m. is hereby **vacated.**  The parties are to submit a joint status report regarding the settlement NO LATER THAN APRIL 15, 2021.

***IT IS SO ORDERED.***

Dated: February 26 , 2021

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1